*Mr. Robert C. Stong,* for Appellant.

*Messrs. Coleman, Jameson and Lamey,* for Respondents.

No. 8525. LOTTIE TWEEDY ET AL., PLAINTIFFS AND APPELLANTS, *v.* H. M. KLUTH ET AL., DEFENDANTS AND RESPONDENTS.

Decided September 11, 1944.

PER CURIAM: The appeal herein is ordered dismissed as settled, each party paying his or her own costs.

*Mr. E. J. McCabe,* for Appellants.

*Mr. John J. Greene* and *Mr. Louis P. Donovan,* for Respondents.

No. 8543. FRANK J. EDWARDS, PLAINTIFF, *v.* SAM W. MITCHELL, SECRETARY OF STATE, DEFENDANT.

Decided October 2, 1944.

PER CURIAM: The Court not having accepted jurisdiction of the above matter after its presentation, and the question tendered having become moot, the application is ordered dismissed.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Plaintiff.